Kathryn A. Stebner, State Bar No. 121088
Sarah Colby, State Bar No. 194475
George Kawamoto, State Bar No. 280358
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212
San Francisco, CA 94102
Tel: (415) 362-9800
Fax: (415) 362-9801

Michael D. Thamer, Esq., State Bar No. 101440
**LAW OFFICES OF MICHAEL D. THAMER**
Old Callahan School House
12444 South Highway 3
Post Office Box 1568
Callahan, CA 96014-1568
Tel: (530) 467-5307
Fax: (530) 467-5437

Robert S. Arns, Esq., State Bar No. 65071
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel: (415) 495-7800
Fax: (415) 495-7888

W. Timothy Needham, Esq., State Bar No. 96542
**JANSSEN MALLOY LLP**
730 Fifth Street
Eureka, CA 95501
Tel: (707) 445-2071
Fax: (707) 445-8305

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVILLE WINANS, by and through his guardian ad litem, RENEE MOULTON, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EMERITUS CORPORATION and DOES 1 through 100,<br><br>Defendants. | Case No.: CV-13-03962 SC<br><br>**NOTICE OF ERRATA REGARDING CLASS ACTION COMPLAINT** |

1    The signature page of plaintiffs' Class Action Complaint inadvertently included McKenna Long & Aldridge LLP in the list of plaintiffs' counsel. The caption page to the complaint, however, includes the correct list of plaintiffs' counsel. Attached is a copy of the corrected signature page to the Class Action Complaint.

DATED: September 19, 2013    STEBNER AND ASSOCIATES

*/s/*

Kathryn A. Stebner, State Bar No. 121088
Sarah Colby, State Bar No. 194475
George Kawamoto, State Bar No. 280358
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212
San Francisco, CA 94102
Tel:  (415) 362-9800
Fax:  (415) 362-9801

Michael D. Thamer, Esq., State Bar No. 101440
**LAW OFFICES OF MICHAEL D. THAMER**
Old Callahan School House
12444 South Highway 3
Post Office Box 1568
Callahan, CA 96014-1568
Tel: (530) 467-5307
Fax: (530) 467-5437

Robert S. Arns, Esq., State Bar No. 65071
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel: (415) 495-7800
Fax: (415) 495-7888

W. Timothy Needham, Esq., State Bar No. 96542
**JANSSEN MALLOY LLP**
730 Fifth Street
Eureka, CA 95501
Tel: (707) 445-2071
Fax: (707) 445-8305

**ATTORNEYS FOR PLAINTIFF**

### JURY TRIAL DEMANDED

Plaintiffs demand a jury trial on all issue so triable.

DATED: July 29, 2013

_____
Kathryn A. Stebner, State Bar No. 121088
Sarah Colby, State Bar No. 194475
George Kawamoto, State Bar No. 280358
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212
San Francisco, CA  94102
Tel:   (415) 362-9800
Fax:  (415) 362-9801

Michael D. Thamer, State Bar No. 101440
**LAW OFFICES OF MICHAEL D. THAMER**
12444 South Highway 3
Post Office Box 1568
Callahan, California 96014-1568
Tel: (530) 467-5307
Fax: (530) 467-5437

Robert S. Arns, State Bar No. 65071
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:   (415) 495-7800
Fax:  (415) 495-7888

W. Timothy Needham, State Bar No. 96542
**JANSSEN MALLOY LLP**
730 Fifth Street
Eureka, CA  95501
Tel:   (707) 445-2071
Fax:  (707) 445-8305

Attorneys for Plaintiff