KATHRYN A. STEBNER (SBN 121088)
SARAH COLBY (SBN 194475)
GEORGE KAWAMOTO (SBN 280358)
STEBNER AND ASSOCIATES
870 Market Street, Suite 1212
San Francisco, CA 94102
Telephone: (415) 362-9800
Facsimile: (415) 362-9801

Attorneys for Plaintiff
ARVILLE WINANS, by and through his guardian ad litem, RENEE MOULTON

*Additional Counsel For Plaintiff Listed On Following Page*

THOMAS J. NOLAN (SBN 66992)
thomas.nolan@skadden.com
HARRIET S. POSNER (SBN 116097)
harriet.posner@skadden.com
JASON D. RUSSELL (SBN 169219)
jason.russell@skadden.com
LISA M. GILFORD (SBN 171641)
lisa.gilford@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorneys for Defendant
EMERITUS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARVILLE WINANS, by and through his guardian ad litem, RENEE MOULTON, on his own behalf and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EMERITUS CORPORATION and DOES 1 through 100,<br><br>　　　　　　　Defendants. | CASE NO.: 3:13-cv-03962- SC<br><br>**REVISED STIPULATION REGARDING DEFENDANT'S TIME TO RESPOND TO AMENDED COMPLAINT;**<br><br>**DECLARATION OF THOMAS J. NOLAN PURSUANT TO L.R. 6-2 (a)** |

*Additional Counsel For Plaintiff*:
MICHAEL D. THAMER (SBN 101440)
LAW OFFICES OF MICHAEL D. THAMER
Old Callahan School House
12444 South Highway 3
Post Office Box 1568
Callahan, California 96014-1568
Tel: (530) 467-5307
Fax: (530) 467-5437

ROBERT S. ARNS (SBN 65071)
THE ARNS LAW FIRM
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Telephone:  (415) 495-7800
Facsimile:   (415) 495 -7888

W. TIMOTHY NEEDHAM (SBN 96542)
JANSSEN MALLOY LLP
730 Fifth Street
Eureka, CA 95501
Telephone:  (707) 445-2071
Facsimile:   (707) 445-8305

GUY B. WALLACE (SBN 176151)
SCHNEIDER WALLACE COTTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 421-7100
Facsimile:   (415) 421-7105

1     **WHEREAS**, on July 29, 2013, Plaintiff Arville Winans commenced an action in the Superior Court for the State of California for the County of Alameda entitled *Arville Winans, by and through his Guardian ad litem, Renee Moulton, on his own behalf and on behalf of others similarly situated v. Emeritus Corporation and Does 1 through 100*, Case No. RG 13689560 (the "State Court Action"), and served process on Defendant Emeritus Corporation on July 30, 2013;

    **WHEREAS**, on August 27, 2013, Defendant petitioned to remove the State Court Action to this Court;

    **WHEREAS**, on August 30, 2013, the parties agreed that Defendant would be given until September 26, 2013 to answer, move, or otherwise respond to the Complaint;

    **WHEREAS**, on September 26, 2013, Defendant filed a motion to dismiss Plaintiff's Complaint (the "Motion to Dismiss");

    **WHEREAS**, on September 26, 2013, the parties agreed to a briefing schedule to allow Plaintiff four weeks to oppose the Motion to Dismiss or, alternatively, to amend his Complaint;

    **WHEREAS**, on October 25, 2013, Plaintiff filed an amended Complaint in this Action (the "Amended Complaint");

    **WHEREAS**, on October 25, 2013, the parties agreed to a briefing schedule to allow both parties sufficient time to bring and respond to Defendant's motion to dismiss the Amended Complaint, and submitted a stipulation to that effect;

    **WHEREAS**, in the interests of convenience and fairness to the parties and the Court, the parties have further agreed to a revised briefing schedule to accommodate the Thanksgiving and winter holidays;

    **NOW, THEREFORE**, Plaintiff and Defendant, by and through their counsel of record and subject to Court approval, hereby stipulate that:

1.     Defendant shall answer, move, or otherwise respond to the Amended Complaint on or before **December 6, 2013**;

2.     Plaintiff shall file an opposition, if any, to Defendant's response to the Amended Complaint on or before **January 17, 2014**;

3. Defendant shall file a reply, if any, in support of Defendant's response to the Amended Complaint on or before **January 31, 2014**; and

4. The parties request that the oral argument on Defendant's Motion to Dismiss currently scheduled for **November 22, 2013 at 10:00 a.m.** before this Court be taken off calendar.

Nothing in this Stipulation shall preclude Defendant from raising any and all other defenses in answering, moving to dismiss, or otherwise responding to the Complaint. The e-filing attorney hereby attests that he retains on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

**IT IS SO STIPULATED.**

DATED: October 29, 2013

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____*/s/ Thomas J. Nolan*_____
Thomas J. Nolan
Attorneys for Defendant

DATED: October 29, 2013

STEBNER AND ASSOCIATES

By: _____*/s/ Kathryn A. Stebner*_____
Kathryn A. Stebner
Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 10/30/2013

By: _____
Judge Samuel Conti