1  GUY B. WALLACE (SBN 176151)
   gwallace@schneiderwallace.com
2  MARK T. JOHNSON (SBN 76904)
   mjohnson@schneiderwallace.com
3  SCHNEIDER WALLACE
   COTTRELL KONECKY LLP
4  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
5  Telephone: (415) 421-7100
   Facsimile: (415) 421-7105
6
   Attorneys for Plaintiff and the proposed Class
7  ARVILLE WINANS, by and through his guardian ad litem, RENEE MOULTON

8  *Additional Counsel For Plaintiff Listed On Following Page*

9  THOMAS J. NOLAN (SBN 66992)
   thomas.nolan@skadden.com
10 HARRIET S. POSNER (SBN 116097)
   harriet.posner@skadden.com
11 JASON D. RUSSELL (SBN 169219)
   jason.russell@skadden.com
12 LISA M. GILFORD (SBN 171641)
   lisa.gilford@skadden.com
13 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
14 Los Angeles, California 90071-3144
   Telephone:  (213) 687-5000
15 Facsimile:  (213) 687-5600

16 Attorneys for Defendant
   EMERITUS CORPORATION
17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARVILLE WINANS, by and through his guardian ad litem, RENEE MOULTON, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMERITUS CORPORATION and DOES 1 through 100,<br><br>Defendants. | CASE NO.:  3:13-cv-03962- SC<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS;**<br><br>**DECLARATION OF GUY B. WALLACE PURSUANT TO L.R. 6-2 (a)** |

Stipulation Regarding Briefing Schedule on Defendant's Motion to Dismiss & Motion to Strike – 3:13-cv-03962-SC

*Additional Counsel For Plaintiff*:

KATHRYN A. STEBNER (SBN 121088)
SARAH COLBY (SBN 194475)
GEORGE KAWAMOTO (SBN 280358)
STEBNER AND ASSOCIATES
870 Market Street, Suite 1212
San Francisco, CA 94102
Tel: (415) 362-9800
Fax: (415) 362-9801


MICHAEL D. THAMER (SBN 101440)
LAW OFFICES OF MICHAEL D. THAMER
Old Callahan School House
12444 South Highway 3
Post Office Box 1568
Callahan, California 96014-1568
Tel: (530) 467-5307
Fax: (530) 467-5437


ROBERT S. ARNS (SBN 65071)
THE ARNS LAW FIRM
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel: (415) 495-7800
Fax: (415) 495 -7888


W. TIMOTHY NEEDHAM (SBN 96542)
JANSSEN MALLOY LLP
730 Fifth Street
Eureka, CA 95501
Tel: (707) 445-2071
Fax: (707) 445-8305

1  **WHEREAS**, on July 29, 2013, Plaintiff Arville Winans commenced an action in the Superior Court for the State of California for the County of Alameda entitled *Arville Winans, by and through his Guardian ad litem, Renee Moulton, on his own behalf and on behalf of others similarly situated v. Emeritus Corporation and Does 1 through 100*, Case No. RG 13689560 (the "State Court Action"), and served process on Defendant Emeritus Corporation on July 30, 2013;

**WHEREAS**, on August 27, 2013, Defendant petitioned to remove the State Court Action to this Court;

**WHEREAS**, on August 30, 2013, the parties agreed that Defendant would be given until September 26, 2013 to answer, move, or otherwise respond to the Complaint;

**WHEREAS**, on September 26, 2013, Defendant filed a Motion to Dismiss Plaintiff's Complaint;

**WHEREAS**, on September 26, 2013, the parties agreed to a briefing schedule to allow Plaintiff four weeks to oppose the Motion to Dismiss or, alternatively, to amend his Complaint;

**WHEREAS**, on October 25, 2013, Plaintiff filed his First Amended Complaint;

**WHEREAS**, on December 6, 2013, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) as well as a Motion to Strike Plaintiff's Class Allegations pursuant to Federal Rule of Civil Procedure 12(f);

**WHEREAS**, Plaintiff is presently due to file his oppositions to Defendant's two pending motions on January 17, 2014, but requires a short one week extension of time to do so for the reasons set forth in the Declaration of Guy B. Wallace below;

**NOW, THEREFORE**, Plaintiff and Defendant, by and through their counsel of record and subject to Court approval, hereby stipulate that:

1.  Plaintiff shall file his oppositions to Defendant's Motion to Dismiss and Defendant's Motion to Strike Class Allegations on or before **January 24, 2014**;

2.  Defendant shall file its replies in support of its Motion to Dismiss and its Motion to Strike Class Allegations on or before **February 7, 2014**;

1  The e-filing attorney hereby attests that he retains on file all holographic signatures
2  corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed
3  document.

4  **IT IS SO STIPULATED.**

5

6  DATED: January 16, 2014                   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

7

8                                            By:  ___*/s/ Thomas J. Nolan*___
                                                   Thomas J. Nolan
                                                   Attorneys for Defendant

9  DATED: January 16, 2014
10                                           SCHNEIDER WALLACE COTTRELL KONECKY LLP

11                                           By:  ___*/s/ Guy B. Wallace*___
                                                   Guy B. Wallace
12                                                 Attorneys for Plaintiff and the proposed Class

13

14

15  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16  DATED: 01/17/2014

17

18                                           By: _____
19                                                   Judge Samuel Conti
                                                     United States District Judge
20

21

22

23

24

25

26

27

28