1  KATHRYN A. STEBNER (SBN 121088)
   SARAH COLBY (SBN 194475)
2  GEORGE KAWAMOTO (SBN 280358)
   STEBNER AND ASSOCIATES
3  870 Market Street, Suite 1212
   San Francisco, CA 94102
4  Telephone:  (415) 362-9800
   Facsimile:   (415) 362-9801
5
   Attorneys for Plaintiff
6  ARVILLE WINANS, by and through his guardian ad litem, RENEE MOULTON
7  *Additional Counsel For Plaintiff Listed On Following Page*
8  THOMAS J. NOLAN (SBN 66992)
   thomas.nolan@skadden.com
9  JASON D. RUSSELL (SBN 169219)
   jason.russell@skadden.com
10 LISA M. GILFORD (SBN 171641)
   lisa.gilford@skadden.com
11 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
12 Los Angeles, California 90071-3144
   Telephone:  (213) 687-5000
13 Facsimile:  (213) 687-5600
14 Attorneys for Defendant
   EMERITUS CORPORATION
15
                 UNITED STATES DISTRICT COURT
16
              NORTHERN DISTRICT OF CALIFORNIA
17
                   SAN FRANCISCO DIVISION
18

| 19 | ARVILLE WINANS, by and through his guardian ad litem, RENEE MOULTON, on his own behalf and on behalf of others similarly situated, | ) ) ) ) ) | CASE NO.:  3:13-cv-03962- SC |
|---|---|---|---|
| 20 | | | **STIPULATION TO RESET CASE MANAGEMENT CONFERENCE FOR APRIL 11, 2014;** |
| 21 | Plaintiff, | ) ) ) | |
| 22 | | ) | **DECLARATION OF THOMAS J. NOLAN PURSUANT TO L.R. 6-2 (a)** |
| 23 | v. | ) ) | |
| 24 | EMERITUS CORPORATION and DOES 1 through 100, | ) ) | IT IS SO ORDERED AS MODIFIED |
| 25 | Defendants. | ) ) | |
| 26 | | ) | |

27

28

1 | *Additional Counsel For Plaintiff*:
MICHAEL D. THAMER (SBN 101440)
2 | LAW OFFICES OF MICHAEL D. THAMER
Old Callahan School House
3 | 12444 South Highway 3
Post Office Box 1568
4 | Callahan, California 96014-1568
Tel: (530) 467-5307
5 | Fax: (530) 467-5437

6 | ROBERT S. ARNS (SBN 65071)
THE ARNS LAW FIRM
7 | 515 Folsom Street, 3rd Floor
San Francisco, CA 94105
8 | Telephone:  (415) 495-7800
Facsimile:  (415) 495 -7888
9 |
W. TIMOTHY NEEDHAM (SBN 96542)
10 | JANSSEN MALLOY LLP
730 Fifth Street
11 | Eureka, CA 95501
Telephone:  (707) 445-2071
12 | Facsimile:  (707) 445-8305

13 | GUY B. WALLACE (SBN 176151)
SCHNEIDER WALLACE COTTRELL
14 | KONECKY LLP
180 Montgomery Street, Suite 2000
15 | San Francisco, CA 94104
Telephone:  (415) 421-7100
16 | Facsimile:  (415) 421-7105

17

18

19

20

21

22

23

24

25

26

27

28

2

**STIPULATION**

1

2       **WHEREAS**, the first Case Management Conference in this case was initially set for

3  December 20, 2013;

4       **WHEREAS**, the parties filed a Joint Case Management Statement (Doc. 36) and Joint Rule

5  26(f) Conference Report (Doc. 37) on December 13, 2013;

6       **WHEREAS**, on December 16, 2013, this Court reset the Case Management Conference

7  *sua sponte* for April 4, 2014 at 10:00 a.m., and made a further Case Management Statement due

8  March 28, 2014 (Doc. 38);

9       **WHEREAS**, lead trial counsel for Defendant Emeritus Corporation has a conflicting

10  obligation on April 4, 2014 that, unfortunately, requires his personal appearance and cannot be

11  rescheduled;

12       **WHEREAS**, lead trial counsel for Defendant Emeritus Corporation has no such conflict on

13  April 11, 2014;

14       **WHEREAS**, counsel for Plaintiff has agreed to postpone the Case Management

15  Conference set for April 4, 2014 to April 11, 2014;

16       **NOW, THEREFORE**, Plaintiff and Defendant, by and through their counsel of record and

17  subject to Court approval, hereby stipulate that:

18       1.       The Case Management Conference set for April 4, 2014 at 10:00 a.m. should be

April 18, 2014

19  reset for ~~April 11, 201~~4 at 10:00 a.m.; and

April 11,

20       2.       The parties shall file a Joint Case Management Statement on or before ~~April  4~~,

21  2014.

22

23

24

25

26

27

28

1    The e-filing attorney hereby attests that he retains on file all holographic signatures

2 corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed

3 document.

4    **IT IS SO STIPULATED.**

5

6 DATED: March 18, 2014

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

7

8 By: _____ */s/ Thomas J. Nolan* _____
              Thomas J. Nolan
              Attorneys for Defendant

9

10 DATED: March 18, 2014

STEBNER AND ASSOCIATES

11

12 By: _____ */s/ Kathryn A. Stebner* _____
              Kathryn A. Stebner
              Attorneys for Plaintiff

13

14

15 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16

17 DATED: ___03/19/2014___

18

19 By: _____

IT IS SO ORDERED
AS MODIFIED
Judge Samuel Conti

20

21

22

23

24

25

26

27

28