Kathryn A. Stebner, State Bar No. 121088
Sarah Colby, State Bar No. 194475
George Kawamoto, State Bar No. 280358
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212
San Francisco, CA 94102
Tel: (415) 362-9800
Fax: (415) 362-9801

Michael D. Thamer, State Bar No. 101440
**LAW OFFICES OF MICHAEL D. THAMER**
Old Callahan School House
12444 South Highway 3
Post Office Box 1568
Callahan, California 96014-1568
Tel: (530) 467-5307
Fax: (530) 467-5437

Robert S. Arns, State Bar No. 65071
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel: (415) 495-7800
Fax: (415) 495-7888

Guy B. Wallace, State Bar No. 176151
Mark T. Johnson, State Bar No. 76904
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
180 Montgomery Street, Suite 2000
San Francisco, CA 94102
Tel: (415) 421-7100
Fax: (415) 421-7105

W. Timothy Needham, State Bar No. 96542
**JANSSEN MALLOY LLP**
730 Fifth Street
Eureka, CA 95501
Tel: (707) 445-2071
Fax: (707) 445-8305

Christopher J. Healey, State Bar No. 105798
**McKENNA LONG & ALDRIDGE, LLP**
600 West Broadway, Suite 2600
San Diego, CA 92101-3372
Telephone No.: 619.235.3491
Facsimile No.: 619.645.5328

Attorneys for Plaintiff and the proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Arville Winans, by and through his Guardian ad litem, Renee Moulton, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Emeritus Corp. and DOES 1 THROUGH 100,<br><br>Defendants. | CASE NO. 3:13-cv-03962-SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESET THE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Samuel Conti<br><br>CMC: January 9, 2015<br>10:00 a.m.<br>Courtroom 1 |

STIPULATION AND [PROPOSED] ORDER TO RESET THE CASE MANAGEMENT CONFERENCE
*Winans v. Emeritus Corp.*, Case No. 3:13-cv-03962-SC

## STIPULATION

The Parties hereby provide notice of their stipulation to reset the Case Management Conference, currently scheduled for January 9, 2015, at 10:00 a.m., with the Honorable Samuel Conti.

**WHEREAS,** the parties filed a Joint Initial Case Management Statement and Joint Rule 26(f) Conference Report on December 13, 2013;

**WHEREAS,** on March 5, 2014, the Court denied Defendants' Motion to Strike the First Amended Complaint, and the Court granted in part and denied part Defendants' Motion to Dismiss the First Amended Complaint;

**WHEREAS,** the parties filed an Amended Joint Initial Case Management Statement on April 11, 2014;

**WHEREAS,** the Initial Case Management Conference occurred on April 18, 2014, with the Honorable Samuel Conti;

**WHEREAS,** on June 9, 2014, the Court granted in part and denied in part Plaintiff's Motion for Clarification;

**WHEREAS,** Plaintiff is preparing his Second Amended Complaint;

**WHEREAS,** the Parties, upon meeting and conferring, have agreed to reset the Case Management Conference currently set for January 9, 2015, to February 20, 2015, so that the Case Management Conference may occur after the Plaintiff files or seeks leave to file his Second Amended Complaint;

**NOW THEREFORE,** the Parties, by and through their counsel of record and subject to Court approval, hereby stipulate that:

1. The Case Management Conference set for January 9, 2015, at 10:00 a.m., should be reset to February 20, 2015, or a later date pursuant to the Court's availability; and

2. The parties shall file a Joint Case Management Statement on or before February 13, 2015.

//

**IT IS SO STIPULATED.**

DATED:  December 30, 2014

STEBNER AND ASSOCIATES

*/s/ Kathryn A. Stebner*
Kathryn A. Stebner
Attorneys for Plaintiff and the proposed Class

DATED:  December 30, 2014

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Thomas J. Nolan*
Thomas J. Nolan
Attorneys for Defendant

**DECLARATION OF CONSENT**

I, Kathryn A. Stebner, hereby declare, pursuant to the Northern District of California Civil Local Rule 5-1(i)(3), that I have obtained concurrence in the filing of this document from Thomas J. Nolan.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 30, 2014, in the City of San Francisco, California.

*/s/ Kathryn Stebner*
Kathryn A. Stebner

**ORDER**

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED. A FURTHER CASE MANAGEMENT CONFERENCE WILL BE HELD ON** ____February 20____ **, 2015 AT** __10:00 AM__ .

Dated: 01/02/2015

Honorable Samuel Conti
United States District Judge

[Seal: Judge Samuel Conti]

2
STIPULATION AND [PROPOSED] ORDER TO RESET THE CASE MANAGEMENT CONFERENCE
*Winans v. Emeritus Corp.*, Case No.  3:13-cv-03962-SC