```
 1  GUY B. WALLACE (SBN 176151)
    gwallace@schneiderwallace.com
 2  MARK T. JOHNSON (SBN 76904)
    mjohnson@schneiderwallace.com
 3  JENNIFER A. UHROWCZIK (SBN 302212)
    juhrowczik@schneiderwallace.com
 4  SCHNEIDER WALLACE
    COTTRELL KONECKY LLP
 5  180 Montgomery Street, Suite 2000
    San Francisco, CA 94104
 6  Telephone: (415) 421-7100
    Facsimile: (415) 421-7105
 7
    Attorneys for Plaintiff and the proposed Class
 8  ARVILLE WINANS, by and through his guardian ad litem, RENEE MOULTON

 9  *Additional Counsel For Plaintiff Listed On Following Page*

10  THOMAS J. NOLAN (SBN 66992)
    thomas.nolan@skadden.com
11  HARRIET S. POSNER (SBN 116097)
    harriet.posner@skadden.com
12  JASON D. RUSSELL (SBN 169219)
    jason.russell@skadden.com
13  LISA M. GILFORD (SBN 171641)
    lisa.gilford@skadden.com
14  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
15  Los Angeles, California 90071-3144
    Telephone:  (213) 687-5000
16  Facsimile:  (213) 687-5600

17  Attorneys for Defendant
    EMERITUS CORPORATION
18
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARVILLE WINANS, by and through his guardian ad litem, RENEE MOULTON, on his own behalf and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>EMERITUS CORPORATION and DOES 1 through 100,<br><br>        Defendants. | CASE NO.:  3:13-cv-03962- SC<br><br>**STIPULATION REGARDING SCHEDULE ON CASE MANAGEMENT CONFERENCE AND MEDIATION;**<br><br>**DECLARATION OF GUY B. WALLACE PURSUANT TO L.R. 6-2 (a)** |

*Additional Counsel For Plaintiff*:

KATHRYN A. STEBNER (SBN 121088)
SARAH COLBY (SBN 194475)
GEORGE KAWAMOTO (SBN 280358)
STEBNER AND ASSOCIATES
870 Market Street, Suite 1212
San Francisco, CA 94102
Tel: (415) 362-9800
Fax: (415) 362-9801

MICHAEL D. THAMER (SBN 101440)
LAW OFFICES OF MICHAEL D. THAMER
Old Callahan School House
12444 South Highway 3
Post Office Box 1568
Callahan, California 96014-1568
Tel: (530) 467-5307
Fax: (530) 467-5437

ROBERT S. ARNS (SBN 65071)
THE ARNS LAW FIRM
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel: (415) 495-7800
Fax: (415) 495 -7888

W. TIMOTHY NEEDHAM (SBN 96542)
JANSSEN MALLOY LLP
730 Fifth Street
Eureka, CA 95501
Tel: (707) 445-2071
Fax: (707) 445-8305

1  **WHEREAS**, there is a Case Management Conference presently set for February 20, 2015;

2  **WHEREAS**, the parties have agreed to attend mediation of the above-captioned matter at
3  JAMS with the Honorable William Cahill (Ret.) on March 5, 2015;

4  **WHEREAS**, the parties desire to focus their efforts at this juncture on preparation for the
5  upcoming mediation rather than on issues pertaining to case management herein;

6  **WHEREAS**, Plaintiff has served written discovery, and the parties have agreed that
7  Defendant may, subject to its objections, make further responsive productions regarding same on a
8  rolling basis commencing on March 26, 2015 with respect to non-privileged documents responsive
9  to Plaintiff's notices of depositions and the requests for production of documents served therewith;

10 **WHEREAS**, the parties have agreed that Defendant may, subject to its objections,
11 complete its production of responsive, non-privileged documents with respect to Plaintiff's First
12 Set of Requests for Production of Documents and Plaintiff's Second Set of Requests for Production
13 of Documents by no later than May 8, 2015;

14 **WHEREAS**, the parties agree that the Case Management Conference presently set for
15 February 20, 2015 should be continued to April 17, 2015, or to a similar date convenient to the
16 Court's schedule;

17 **NOW, THEREFORE**, Plaintiff and Defendant, by and through their counsel of record and
18 subject to Court approval, hereby stipulate that:

19   1.   The parties shall attend mediation with the Hon. William Cahill (Ret.) at JAMS on
20 March 5, 2015;

21   2.   The Case Management Conference set for February 20, 2015 be rescheduled for
22 April 17, 2015 or a date shortly thereafter convenient to the Court's schedule;

23   3.   Unless otherwise agreed by the parties in connection with the upcoming mediation,
24 Defendant shall resume a rolling production of non-privileged documents, subject to its objections,
25 in response to Plaintiff's Notices of Deposition and the accompanying Requests for Production of
26 Documents  by no later than
27 March 26, 2015;

28

1    4.   Unless otherwise agreed by the parties in connection with the upcoming mediation, Defendant shall complete its production of non-privileged documents, subject to its objections, in response to Plaintiff's First Set of Requests for Production of Documents and Plaintiff's Second Set of Requests for Production of Documents by no later than May 8, 2015.

The e-filing attorney hereby attests that he retains on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

**IT IS SO STIPULATED.**

DATED: February 12, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _/s/ Thomas J. Nolan_
Thomas J. Nolan
Attorneys for Defendant

DATED: February 12, 2015

SCHNEIDER WALLACE COTTRELL KONECKY LLP

By: _/s/ Guy B. Wallace_
Guy B. Wallace
Attorneys for Plaintiff and the proposed Class

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 02/12/2015

By: _[signature]_
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA